UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>        Plaintiff,<br><br>  and<br><br>ANGELA HARPER,<br><br>        Plaintiff-Intervenor,<br><br>    vs.<br><br>STARLIGHT, LLC<br><br>        Defendant. | NO. CV-06-3075-EFS<br><br>**ORDER OF DISMISSAL AS TO CLAIMS BETWEEN EEOC AND STARLIGHT LLC** |

    Before the Court is Plaintiff Equal Employment Opportunity Commission ("EEOC") and Defendant Starlight LLC's Consent Decree (Ct. Rec. 82), which resolves all claims between these two (2) parties.

    After review, **IT IS HEREBY ORDERED:**

    1. Plaintiff EEOC and Defendant Starlight LLC's Consent Decree **(Ct. Rec. 82)** is **ACCEPTED**;

    2. The Complaint **(Ct. Rec. 1)** is **DISMISSED with prejudice** and **without costs** or fees awarded to any party;

ORDER ~ 1

3. All pending trial dates between these two (2) parties are stricken;

4. All pending motions between these two (2) parties are denied as moot; and

5. The Court shall retain jurisdiction over this matter in order to enforce the Consent Decree.

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order and distribute copies to counsel.

**DATED** this ___13th___ day of January 2009.

S/ Edward F. Shea
EDWARD F. SHEA
United States District Judge

Q:\Civil\2006\3075.Stip.Dismiss.wpd

ORDER ~ 2