JAMES E. DAVIS
Talbott, Simpson & Davis, P.S.
308 North 2nd Street
Yakima, WA 98901
(509) 575-7501
(509) 453-0077 Fax
jdavis@talbottlaw.com

HONORABLE EDWARD SHEA

# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) | NO. CV-06-3075-EFS |
| Plaintiff, | ) | |
| And | ) ) | |
| ANGELA HARPER, | ) ) | **STIPULATION AND ORDER OF DISMISSAL** |
| Plaintiff-Intervenor, | ) ) | |
| vs. | ) ) | |
| STARLIGHT, LLC, | ) ) | |
| Defendant(s). | ) | |

COME NOW the Plaintiff-Intervenor, Harper, by and through counsel, and Defendant Starlight, LLC, by its member/manager Doris Morgan and stipulate, pursuant to F. R. C. P. 41(a)(1), that all claims of plaintiff-intervenor Angela Harper have been settled and may be dismissed with prejudice; with all parties to bear their own costs and attorney's fees accrued herein. Nothing in

STIPULATION AND
ORDER OF DISMISSAL - 1

TALBOTT, SIMPSON & DAVIS, PS
308 No. 2nd Street
Yakima, WA 98901
Telephone (509) 575-7501
Fax (509) 453-0077

this stipulation shall serve to abrogate any of the rights and responsibilities of the parties under the Consent Decree agreed upon by the Equal Employment Opportunity Commission and Starlight, LLC.

STIPULATED TO this 12 day of January, 2009.

X _____
Doris Morgan
Sole Member/Manager
Starlight Lounge LLC
Defendant

TALBOTT, SIMPSON & DAVIS, PS

By: _____
JAMES E. DAVIS, WSBA# 5089
308 N. 2nd Street
Yakima, WA, 98091
Telephone: (509) 575-7501
Attorneys for Angela Harper
Plaintiff-Intervener
jdavis@talbottlaw.com

**ORDER**

IT IS SO ORDERED.

_____
EDWARD F. SHEA
United States District Court Judge

STIPULATION AND
ORDER OF DISMISSAL - 2

TALBOTT, SIMPSON & DAVIS, PS
308 No. 2nd Street
Yakima, WA 98901
Telephone (509) 575-7501
Fax (509) 453-0077

# CERTIFICATE OF SERVICE

I, James E. Davis, hereby certify that I served a copy of the foregoing document on Teri Healy, EEOC, via the CM/ECF electronic filing system on the 13th day of January, 2009. I further certify that I sent via regular, first class mail, the foregoing document to: Doris Morgan, Starlight Lounge, LLC, at 402 N. Pearl Street, Ellensburg, WA 98926, and at 1309 W. 5th Street, Ellensburg, WA 98926.

DATED: January 13, 2009

/s/ James E. Davis
James E. Davis, #5089
Talbott, Simpson & Davis, P.S.
Attorneys for Angela Harper
308 North 2nd Street
Yakima, WA 98901
(509) 575-7501
(509) 453-0077

STIPULATION AND
ORDER OF DISMISSAL - 3

TALBOTT, SIMPSON & DAVIS, PS
308 No. 2nd Street
Yakima, WA 98901
Telephone (509) 575-7501
Fax (509) 453-0077