UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ANGELA HARPER,<br><br>    Plaintiff-Intervenor,<br><br>    v.<br><br>STARLIGHT, LLC<br><br>    Defendant. | NO. CV-06-3075-EFS<br><br>**ORDER OF DISMISSAL** |

By Stipulation filed January 13, 2009 (Ct. Rec. 84), the parties advised the Court that the above-captioned matter should be dismissed with prejudice and without costs or fees, pursuant to Federal Rule of Civil Procedure 41.

Therefore, **IT IS ORDERED**:

1. The Intervenor-Complaint **(Ct. Rec. 8)** is **DISMISSED with prejudice** and **without costs** or fees awarded to any party;

2. All pending trial dates are stricken;

3. All pending motions are denied as moot;

4. This file shall be closed;

5. Nothing in the parties' Stipulation shall affect the parties' rights and responsibilities under the Consent Decree (Ct. Rec. 82); and

ORDER ~ 1

6. The Court shall retain jurisdiction over this matter in order to enforce the Consent Decree.

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order and distribute copies to counsel.

**DATED** this ____13th____ day of January 2009.


                         S/ Edward F. Shea
                         EDWARD F. SHEA
                    United States District Judge

Q:\Civil\2006\3075.Stip.Dismiss.2.wpd

ORDER ~ 2